```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
MARCUS EUGENE DASH,                                                :
                                                                   :
                               Plaintiff,                          :
                                                                   :         19-cv-5448 (LJL)
          -v-                                                      :
                                                                   :         ORDER
DOWNSTATE CORRECTIONAL FACILITY, et al.,                           :
                                                                   :
                               Defendants.                         :
                                                                   :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    Plaintiff is proceeding *pro se* and *in forma pauperis*. The New York State Office of the Attorney General has represented, at Dkt. No. 12, that it requires additional information in order to assist in identifying the John Doe Defendant named in this case. Accordingly, it is hereby ORDERED that:

    Within thirty days of this order, Plaintiff must provide the New York State Attorney General with any more detailed information he has that could assist the New York State Attorney General in identifying John Doe, including a physical description of John Doe and a more specific date in June that he was examined by John Doe, if the Plaintiff has that information. The New York State Attorney General has also represented that if the Plaintiff is able to more specifically identify the location within the facility at which he was examined, beyond "medical cubicle," it may also assist them in identifying the individual. Until the John Doe Defendant is identified, service cannot be effected and the case cannot proceed further.

    **Plaintiff shall mail a letter containing the information above as well as the case number, 19cv5448, to the Pro Se Intake Unit at the following address:**

**Pro Se Intake Unit
40 Foley Square
New York, NY
10007**

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff, along with a copy of the letter filed at Dkt. No. 12. The Clerk of Court is also respectfully directed to mail a copy of this Order to the New York State Attorney General at 28 Liberty Street, New York, NY 10005.

    SO ORDERED.

Dated: November 13, 2020
       New York, New York
                                                LEWIS J. LIMAN
                                                United States District Judge