USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/6/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------------X
:
MARCUS EUGENE DASH, :
:
                Plaintiff, :
: 19-cv-5448 (LJL)
   -v- :
: ORDER
DOWNSTATE CORRECTIONAL FACILITY, et al., :
:
                Defendant. :
:
----------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      Plaintiff has failed to prosecute this case, and orders sent by mail to Plaintiff's listed address have been repeatedly returned to sender. By order entered March 25, 2021 and mailed to Plaintiff's listed address, Plaintiff was notified that should he fail to update the Court with his new address within 30 days of the date of that order, the Court would dismiss the action for failure to prosecute. Dkt. No. 18. 30 days have expired, Plaintiff has not updated the Court with a new address and has not made any filing indicating any intention of prosecuting this case. The case is therefore dismissed. The Clerk of Court is respectfully directed to close the case and mail a copy of this order to Plaintiff at the address on record.

      SO ORDERED.

Dated: May 6, 2021                                         _____
       New York, New York                          LEWIS J. LIMAN
                                                          United States District Judge